## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| Seed Spring LLC and FineTrak, LLC; <br><br> Plaintiffs, <br><br> v. <br><br> Microsoft Corporation, <br><br> Defendant. | Case No. 6:17-cv-427-RWS <br><br> Jury Trial Demanded |

### Order Granting Joint Motion to Dismiss

Before the Court is the Joint Motion to Dismiss filed by Plaintiffs Seed Spring LLC and FineTrak, LLC ("Plaintiffs") and Defendant Microsoft Corporation ("Microsoft"). Having considered the motion, the Court is of the opinion that the motion should be **GRANTED**. Accordingly, it is **ORDERED** that all claims asserted by Plaintiffs in this action against Microsoft are **DISMISSED WITHOUT PREJUDICE**; and

**IT IS FURTHER ORDERED** that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

The Clerk of the Court is directed to close the case.

**SIGNED this 8th day of January, 2018.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE